507 A.2d 387

COMMONWEALTH of Pennsylvania

v.

Regis C. TULADZIECKI, Petitioner.

Supreme Court of Pennsylvania.

April 11, 1986.

Petition for Allowance of Appeal GRANTED, No. 26 W.D. Appeal Docket 1986.